UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____

JODIANN LEWIS on behalf of
herself and all other similarly situated consumers

       Plaintiff,     Case No.

  -against-

PROFESSIONAL CLAIMS BUREAU INC

       Defendant.
_____

**SUMMONS IN A CIVIL ACTION**

TO: PROFESSIONAL CLAIMS BUREAU INC
   PO BOX 9060
   HICKSVILLE, NY 11802-9060

  **YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

  IGOR B. LITVAK, ESQ.
  THE LITVAK LAW FIRM, PLLC
  1701 AVENUE P
  BROOKLYN, NEW YORK 11229

an answer to the complaint which is herewith served upon you, with **21** days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____  _____
CLERK                DATE

_____
BY DEPUTY CLERK