FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 10 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Jodiann Lewis,

         Plaintiff,

    - against -

Professional Claims Bureau Inc.,

         Defendants.

------------------------------------------------------------X

ORDER OF DISCONTINUANCE

1:17-cv-01427-ENV-RLM

VITALIANO, D.J.

    The Court having been advised that this action has been settled,

    Therefore, this action is discontinued without cost and with prejudice, except as to the right to reopen the action if the settlement is not consummated.

    The Clerk is directed to close this case.

    SO ORDERED.

DATED:    Brooklyn, New York
             10/10/2017

/S/ USDJ ERIC N. VITALIANO
_____
ERIC N. VITALIANO
U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JODIANN LEWIS on behalf of herself and
all other similarly situated consumers

                Plaintiff,

           1:17-cv-01427

           **STIPULATION OF DISMISSAL**

    -against-

PROFESSIONAL CLAIMS BUREAU INC

                Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and or person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice as to defendant without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York             Dated: New York, New York
       September 14th, 2017                       September 14th, 2017

/s/ Igor Litvak                         /s/ Arthur Sanders
Igor Litvak, Esq.                       Arthur Sanders, Esq.
The Litvak Law Firm, PLLC         Barron & Newburger, PC
Attorney for the Plaintiff              Attorney for the Defendant
1701 Avenue P                      30 South Main Street
Brooklyn, New York 11229           New York, NY 10956
Office: (718) 989-2908               Office: (845) 499-2990
Facsimile: (718) 989-2908             asanders@bn-lawyers.com
E-mail: Igor@LitvakLawNY.com